# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT CERNIGLIA, | CASE NO. 1:09-cv-00651 AWI DLB PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT FRANKS |
| v. | |
| SGT. JULIA CARONA, et al., | |
| Defendants. | |
| _____/ | |

On June 19, 2009, the Court issued an order opening discovery and setting deadlines for the completion of discovery, filing amended pleadings, and filing pre-trial dispositive motions. Defendant L. Franks filed an answer to plaintiff's complaint on June 30, 2009. Accordingly, application of the Court's June 19, 2009 Discovery and Scheduling Order is HEREBY ORDERED EXTENDED to defendant Franks.

The parties are reminded that any requests for extensions of the deadlines set in the order must be filed prior to the expiration of the deadlines in question.

IT IS SO ORDERED.

Dated:   **July 2, 2009**          _____**/s/ Dennis L. Beck**_____
                                    UNITED STATES MAGISTRATE JUDGE

1