# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT CERNIGLIA, | CASE NO. 1:09-cv-00651 AWI DLB PC |
| Plaintiff, | ORDER ON MOTION FOR CLARIFICATION |
| v. | (Doc. 18) |
| SGT. JULIA CARONA, et al., | |
| Defendants. | |

On July 6, 2009, the Court issued an order extending the application of the Discovery and Scheduling Order to defendant Franks. (Doc. 17.) Plaintiff has filed a motion for clarification of the Court's order, stating that the order did not include new deadlines. (Doc. 18.)

The Court order extended the application of the Discovery and Scheduling Order to defendant Franks, which includes the deadlines set forth in the Discovery and Scheduling Order.

IT IS SO ORDERED.

Dated: **July 20, 2009**         /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE

1