UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT CERNIGLIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. JULIA CARONA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00651-AWI-DLB PC<br><br>ORDER FOR DEFENDANTS' TO FILE A CORRECTED NOTICE OF MOTION<br><br>(Doc. 29)<br><br>TEN-DAY DEADLINE |

　　　Plaintiff Steven Robert Cerniglia ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed April 4, 2009, against Defendants Corona[1] and L. Franks under section 1983. (Doc. 1.) On April 30, 2010, Defendants filed a motion for summary judgment. The notice of motion named Defendants Steven Mayberg, Tom Voss, and Jeannie Woodford, none of whom have been named in this action. (Doc. 29.)

　　　Accordingly, DEFENDANTS are HEREBY ORDERED to file an amended notice of motion within ten (10) days naming the Defendants bringing this motion.

　　　IT IS SO ORDERED.

Dated:　October 25, 2010

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Misspelled as Carona in complaint.

1